UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:  Case No. 15-23142-RAM

RENE GONZALEZ
SSN:XXX-XX-1242  Chapter 13

_____Debtor._____/

## MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

Gabriel Gonzalez, Esq., counsel for the Debtor, pursuant to 11 U.S.C. §§ 503 and 1326, hereby files this Motion for Payment of Administrative Expenses and, in support, would state as follows:

1. The Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code on July 23, 2015.

2. Nancy K. Neidich, Esq. is the Standing Chapter 13 Trustee in this district (the "Trustee").

3. Gabriel Gonzalez is counsel for the Debtor.

4. The Debtor agreed to pay to Gabriel Gonzalez the total fee of **$6,250.00**.

5. The Debtor paid **$1,500.00** before filing the petition and was to pay the balance in the Chapter 13 Plan.

6. The Debtor's plan has not been confirmed.

7. The Debtor owes attorney Gabriel Gonzalez **$4,750.00** in administrative expenses pursuant to 11 U.S.C. §§ 503 and 1326.

8. The Trustee is holding funds totaling **$4,116.66** which is sufficient to pay some of the administrative expenses of this case.

9. Gabriel Gonzalez has reviewed this file prior to filing this motion and certifies that there has been no prior order entered granting administrative fees or confirming case.

**WHEREFORE**, Gabriel Gonzalez respectfully requests that this court enter an order awarding him $4,750.00 in administrative expenses (or the balance of the amount the trustee has after payment of administrative expenses with priority up to the safe harbor amount) and for any other relief deemed just and proper in the circumstances.

### CERTIFICATE OF COMPLIANCE

*I further certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(a). I have conferred with opposing counsel, if any, in an attempt to resolve these issues without a hearing.*

Respectfully submitted,

/s/ Gabriel Gonzalez
Gabriel Gonzalez, Esq. FBN 41088
9000 Sheridan Street #105
Pembroke Pines, FL 33024
Tel: 954-378-8184
Fax: 305-873-8679
gabriel@GTLawyers.com